**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01758-REB

UNITED STATES OF AMERICA,

    Petitioner,

v.

JAMES E. SORENSEN,

    Respondent.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter is before me on the **Notice of Voluntary Dismissal of Case (#6)** filed August 3, 2011.  After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED as follows**:

1.  That the **Notice of Voluntary Dismissal of Case (#6)** filed August 3, 2011, is **APPROVED**;

2.  That the Order To Show Cause Hearing set for Thursday, August 11, 2011, is **VACATED**; and

3.  That this action is **DISMISSED** without prejudice.

Dated August 4, 2011, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Bob Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge